UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMITY COMMUNICATIONS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, LP, a Delaware Limited Partnership,<br><br>Defendant. | Civil Action No. 4:12-cv-01082 |

## ORDER GRANTING JOINT UNOPPOSED MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Came on to be considered Comity Communications, LLC and Sprint Communications Company Limited Partnership (collectively "the Parties") Joint Unopposed Motion for Continuance of Scheduling Conference. The Court, after reviewing the file and the motion, and noting that it is agreed-upon by all the parties, is of the opinion that the motion to continue is meritorious and should be granted. It is therefore,

ORDERED, that the Joint Unopposed Motion is GRANTED. The Scheduling Conference will be rescheduled to occur on August 14, 2012 at 2:00 p.m.

Signed this July 16, 2012.

_____
PRESIDING JUDGE

APPROVED AS TO FORM AND ENTRY REQUESTED:


/s/ Catherine Herrington Hale
Catherine Herrington Hale
*Attorney for Plaintiff Comity Communications LLC*
THE HERRINGTON LAW FIRM, PC
405 Main Street, Suite 600
Houston, TX 77002
Phone: 713.227.0050
cherrington@herringtonlawfirm.com


APPROVED AS TO FORM AND ENTRY REQUESTED:


/s/Scott Matney
Scott Matney, *Attorney for Defendant Sprint Communications Company LP*
Hunton & Williams LLP
700 Louisiana Street, Suite 4200
Houston, Texas 77002
Telephone: 713.229.5700
Facsimile: 713.229.5750