UNITED STATES DISTRICT COURT\*\*\*SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Comity Communications LLC,　　　　　§
　　　*Plaintiff*,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　　　　§　　Civil Action H-12-1082
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
Sprint Communications Company, LP,　§
　　　*Defendant*.　　　　　　　　　§

## **RULE 16 SCHEDULING ORDER**

The following schedule shall be followed.  All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX  77208.

1. August 31, 2012　　　　　NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. November 1, 2012　　　　PLAINTIFF shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 30 days of the designation.

 B. December 3, 2012　　　　DEFENDANT shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 30 days of the designation.

3. November 1, 2012　　　　　AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

4. March 1, 2013　　　　　　DISCOVERY shall be completed by this date.

5. April 1, 2013　　　　　　MOTION CUT-OFF.  No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown.  See LR 7.

6. June 28, 2013　　　　　　The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order.  Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. July/August 2013　　　　TRIAL TERM.  Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

　　~~Jury~~/Non-Jury ETT:　4 days

**All documents filed must be 14 point font, double spaced with not less than one inch margins**.

SIGNED on August 14, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　_Stephen Wm Smith_
　　　　　　　　　　　　　　　　　　　　　　　　　　Stephen Wm Smith
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge